UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| CATRINA HOOPER, | Case No. 17-CV-3442 (PJS/DTS) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| CITY OF SAINT PAUL, | |
| Defendant. | |

---

Based upon the Stipulation for Dismissal filed by the parties on March 13, 2020 [ECF No. 48],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: March 13, 2020

                                                        s/Patrick J. Schiltz
                                                        Patrick J. Schiltz
                                                        United States District Judge